## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CRISTINA ORTIZ and DAVID PAGAN, <br><br> Plaintiffs, <br><br> vs. <br><br> THE MONEY SOURCE INC., and FIRST GUARANTY MORTGAGE CORPORATION, <br><br> Defendants. | Case No. 1:22-cv-1047 <br><br> Hon. Judge Sharon Coleman <br> Magistrate Judge Hon. Susan Cox |

## NOTICE OF MOTION

**TO**:  *Please see Certificate of Service*

**PLEASE TAKE NOTICE** that on that on the 12th day of May, 2022 at 9:15 a.m., we shall appear before the Honorable Judge Sharon Johnson Coleman in Room 1241 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and there present **PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR ENTRY OF DEFAULT**, a copy of which has been filed electronically and is hereby served upon you. This notice if a piggy back date off of Defendant's First Guaranty Mortgage Corporation's Motion to Vacate Default notice for May 12, 2022.

                                                  Respectfully submitted,

                                                  */s/ Carly Roman*
                                                  Carly Roman

Daniel A. Edelman
Tara L. Goodwin
Carly M. Roman (formerly Cengher)
**Edelman, Combs, Latturner**
  **& Goodwin, LLC**
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (fax)
courtecl@edcombs.com

## CERTIFICATE OF SERVICE

      I, Carly Roman, hereby certify that on Monday, May 9, 2022, I caused to be filed the foregoing documents with the Clerk of the Court using the CM/ECF System, which will cause to be served a true and accurate copy of the foregoing documents to all counsel of record:

Mark S. Bernstein
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Mark.bernstein@akerman.com
*Attorney for First Guaranty Mortgage Corp.*

Nathan Hoffman
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Nashville Place, Ste. 1100, 150th Fourth Avenue North
Nashville, TN 37219
Nathan.hoffman@nelsonmullins.com

                                                                 */s/ Carly Roman*
                                                                  Carly Roman

Daniel A. Edelman
Tara L. Goodwin
Carly M. Roman (formerly Cengher)
**Edelman, Combs, Latturner**
  **& Goodwin, LLC**
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (fax)
courtecl@edcombs.com