## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

CRISTINA ORTIZ, et al.

                    Plaintiff,

v.                                    Case No.: 1:22–cv–01047

                                    Honorable Sharon Johnson Coleman

THE MONEY SOURCE INC., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 9, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant First Guaranty Mortgage Corporation's motion to vacate default [23] and plaintiffs' motion to withdraw motion for entry of default [25] are both granted. No appearance necessary on 5/12/2022. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.